IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Howard, Sandy | Case Number: 06 B 17057 |
| | Judge: Squires, John H |
| Printed: 12/28/07 | Filed: 12/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: October 30, 2007
Confirmed:   March 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,825.00 | |
| Secured: | | 3,300.80 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,314.00 |
| Trustee Fee: | | 317.18 |
| Other Funds: | | 893.02 |
| Totals: | 6,825.00 | 6,825.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,314.00 | 2,314.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 7,225.94 | 1,690.00 |
| 4. | Village of Maywood | Secured | 625.00 | 80.00 |
| 5. | American General Finance | Secured | 5,518.51 | 1,485.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 2,404.56 | 45.80 |
| 7. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 8. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 9. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 10. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 78.42 | 0.00 |
| 12. | Capital One | Unsecured | 127.82 | 0.00 |
| 13. | Portfolio Acquisitions | Unsecured | 137.91 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 35.35 | 0.00 |
| 15. | Wells Fargo Auto Finance | Unsecured | 189.22 | 0.00 |
| 16. | Capital One | Unsecured | 85.90 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 112.76 | 0.00 |
| 18. | Nicor Gas | Unsecured | 65.77 | 0.00 |
| 19. | Jefferson Capital | Unsecured | 177.41 | 0.00 |
| 20. | Von Maur | Unsecured | 4.27 | 0.00 |
| 21. | Cache Inc | Unsecured | 139.52 | 0.00 |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 24. | ER Solutions | Unsecured | | No Claim Filed |
| 25. | Lockhart Morris & Mont | Unsecured | | No Claim Filed |

Case 06-17057   Doc 46   Filed 12/28/07   Entered 12/28/07 16:10:44   Desc   Page 2 of 2

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Howard, Sandy | Case Number: 06 B 17057 |
|---|---|
| | Judge: Squires, John H |
| Printed: 12/28/07 | Filed: 12/22/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Fredrick Wallace | Unsecured | | No Claim Filed |
| 27. | Rodney Howard | Unsecured | | No Claim Filed |
| 28. | Allied Interstate | Unsecured | | No Claim Filed |
| 29. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 30. | TNB Card | Unsecured | | No Claim Filed |

                                                _____                 _____
                                               $ 19,242.36            $ 5,614.80

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 25.21 |
| 5.4% | 291.97 |
| | _____ |
| | $ 317.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_